439 A.2d 1249

**COMMONWEALTH of Pennsylvania**

v.

**Jeffrey FARRELL, Appellant.**

Superior Court of Pennsylvania.

Argued Sept. 2, 1981.

Filed Jan. 22, 1982.

Leonard I. Sharon, Pittsburgh, for appellant.

Stella L. Smetanka, Assistant District Attorney, Pittsburgh, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

PER CURIAM:

The judgment of sentence in the above-captioned criminal action is vacated, and the action is remanded for an evidentiary hearing pertaining to the averment in appellant's

motion for new trial that trial counsel was ineffective. If the lower court concludes that trial counsel was effective, it may dismiss the motion for new trial and re-instate the judgment of sentence, after which appellant may file a new appeal in this Court. If the trial court finds that trial counsel was ineffective, however, it shall enter an order awarding a new trial.